| | | |
|---|---|---|
| LATOYTA TRANWAN AMOS<br>8 PARK PLACE<br>APT 361P<br>HATTIESBURG, MS 39402 | COMPREHENSIVE RADIO<br>PO BOX 3488<br>TUPELO, MS 38803 | KIKOFF<br>ATTN: BANKRUPTCY<br>75 BROADWAY SUITE 226<br>SAN FRANCISCO, CA 94111 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | CONSUMER PORTFOLIO<br>19500 JAMBOREE RD<br>IRVINE, CA 92612 | KORNERSTONE CREDIT<br>1111 DRAPER PKWY #200<br>DRAPER, UT 84020 |
| ADVANCE RECOVERY<br>PO BOX 3590<br>JACKSON, MS 39207 | CREDIT COLLECTION<br>P.O. BOX 607<br>NORWOOD, MA 02062 | MERIT HEALTH WESLEY<br>5001 HARDY ST<br>HATTIESBURG, MS 39402 |
| AINSLEY GRP<br>1745 W ORANGEWOOD AVE<br>ORANGE, CA 92868 | FORREST GENERAL<br>PO BOX 16389<br>HATTIESBURG, MS 39404 | MIDLAND CREDIT MANAGEM<br>P.O. BOX 60578<br>LOS ANGELES, CA 90060 |
| AT&T<br>PO BOX 5087<br>CAROL STREAM, IL 60197-5087 | FRANKLIN SERVICE, INC.<br>2978 WEST JACKSON ST<br>PO BOX 3910<br>TUPELO, MS 38801 | NATIONAL CREDIT ADJUST<br>P.O. BOX 3023<br>327 W 4TH STREET<br>HUTCHINSON, KS 67504 |
| CAINE & WEINER<br>ATTN: BANKRUPTCY<br>5805 SEPULVEDA BLVD<br>SHERMAN OAKS, CA 91411 | FROST-ARNETT CO<br>P.O. BOX 1280<br>OAKS, PA 19456 | NAVY FEDERAL CU<br>ATTN: BANKRUPTCY<br>PO BOX 3302<br>MERRIFIELD, VA 22119 |
| CAPITAL ONE<br>P.O. BOX 60599<br>CITY OF INDUS, CA 91716-0599 | GROW CREDIT INC.<br>ATTN: BANKRUPTCY<br>1447 2ND STREET<br>SANTA MONICA, CA 90401 | NEWTON FAMILY<br>360 SIMPSON HWY 149<br>STE 140<br>MAGEE, MS 39111 |
| CASHNET USA<br>175 W JACKSON<br>STE 1000<br>CHICAGO, IL 60604 | KEESLER FEDERAL CREDIT<br>P.O. BOX 7001<br>BILOXI, MS 39534 | NPAS SOLUTIONS<br>PO BOX 505606<br>SAINT LOUIS, MO 63150 |
| CHIMEFINAL<br>ATTN: BANKRUPTCY<br>PO BOX 417<br>SAN FRANCISCO, CA 94104 | KESSLER & WILLIAMS<br>1401 S BRENTWOOD BLVD<br>STE 950<br>SAINT LOUIS, MO 63144 | ONE MAIN FINANCIAL<br>4400 AMBASSADOR CAFFER<br>PKWY STE G<br>LAFAYETTE, LA 70508 |

```
PARISH ANES OF TULANE            UNITED REVENUE CORP.
PO BOX 919124                    ATTN: BANKRUPTCY
DALLAS, TX 75391                 204 BILLINGS ST
                                 STE 120
                                 ARLINGTON, TX 76010


PEDIATRIC GROUP                  WELLS FARGO BANK NA
2308 E MAIN ST                   ATTN: BANKRUPTCY
STE G                            1 HOME CAMPUS MAC
NEW IBERIA, LA 70560             DES MOINES, IA 50328


POSSIBLE FINANCE                 WILKINSON LAW FIRM
PO BOX 98686                     51 KEYWOOD CIRCLE
LAS VEGAS, NV 89193              FLOWOOD, MS 39232



REGIONS
1900 FIFTH AVE
BIRMINGHAM, AL 35203



RISE CREDIT OF MS
4150 INTERNATIONAL PLA
STE 300
FORT WORTH, TX 76109



SELF FINANCIAL, INC.
ATTN: BANKRUPTCY
515 CONGRESS AVE
STE 1550
AUSTIN, TX 78701


SOUTHERN UROLOGY CLINI
139 FAIRCHILD DR
HATTIESBURG, MS 39402



TRUEACCORD
16011 COLLEGE BLVD
LENEXA, KS 66219



TULANE UNIVERSITY MEDI
P.O. BOX 3475
TOLEDO, OH 43607-0475
```