United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-50932-KMS |
| Latoyta Tranwan Amos | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Aug 15, 2025 | Form ID: n031 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Latoyta Tranwan Amos, 8 Park Place, Apt 361P, Hattiesburg, MS 39402-1581 |
| 5527049 | + | Ainsley Grp, 1745 W Orangewood Ave, Orange, CA 92868-2004 |
| 5527055 | + | Comprehensive Radio, PO BOX 3488, Tupelo, MS 38803-3488 |
| 5527058 | + | Forrest General, PO Box 16389, Hattiesburg, MS 39404-6389 |
| 5527060 | + | Frost-Arnett Co, P.O. Box 1280, Oaks, PA 19456-1280 |
| 5527063 | + | Kessler & Williams, 1401 S Brentwood Blvd, Ste 950, Saint Louis, MO 63144-1431 |
| 5527066 | + | Merit Health Wesley, 5001 Hardy St, Hattiesburg, MS 39402-1308 |
| 5527070 | + | Newton Family, 360 Simpson Hwy 149, Ste 140, Magee, MS 39111-3840 |
| 5527073 | + | Parish Anes of Tulane, PO Box 919124, Dallas, TX 75391-9124 |
| 5527074 | + | Pediatric Group, 2308 E Main St, Ste G, New Iberia, LA 70560-4029 |
| 5527079 | + | Southern Urology Clini, 139 Fairchild Dr, Hattiesburg, MS 39402-1303 |
| 5527081 | | Tulane University Medi, P.O. Box 3475, Toledo, OH 43607-0475 |
| 5541256 | | Uncle Warbucks, 1329-D Arena Road, Lot 110, Kahnawake, Quebec CA J0L1B0 |
| 5527084 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5527050 | | Email/Text: g17768@att.com | Aug 15 2025 20:28:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5536502 | | Email/Text: bnc@atlasacq.com | Aug 15 2025 20:28:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5527048 | + | Email/Text: sbridwell@arscollections.com | Aug 15 2025 20:28:00 | Advance Recovery, Po Box 3590, Jackson, MS 39207-3590 |
| 5532427 | | Email/Text: bankruptcy@consumerportfolio.com | Aug 15 2025 20:28:00 | CONSUMER PORTFOLIO SERVICES, INC., PO BOX 57071, IRVINE, CA 92619 7071 |
| 5527051 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 15 2025 20:28:10 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 5527052 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2025 20:22:47 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5527053 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Aug 15 2025 20:28:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5527054 | + | Email/Text: omx-bnc-bk-notices@chime.com | Aug 15 2025 20:28:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5527056 | + | Email/Text: bankruptcy@consumerportfolio.com | Aug 15 2025 20:28:00 | Consumer Portfolio, 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 5527057 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 15 2025 20:28:00 | Credit Collection, P.O. Box 607, Norwood, MA 02062-0607 |
| 5527059 | + | Email/Text: FSBank@franklinservice.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 15, 2025 | Form ID: n031 | Total Noticed: 45 |

| Recipient# | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| | | Aug 15 2025 20:28:00 | Franklin Service, Inc., 2978 West Jackson St, Po Box 3910, Tupelo, MS 38803-3910 |
| 5527061 | Email/Text: behappy@growcredit.com | Aug 15 2025 20:28:00 | Grow Credit Inc., Attn: Bankruptcy, 1447 2nd Street, Santa Monica, CA 90401 |
| 5527065 | Email/Text: bankruptcy@kornerstonecredit.com | Aug 15 2025 20:28:00 | Kornerstone Credit, 1111 Draper Pkwy #200, Draper, UT 84020 |
| 5527062 | + Email/Text: melissa.martin@kfcu.org | Aug 15 2025 20:28:00 | Keesler Federal Credit, Atten: Bankruptcy, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 5527064 | + Email/Text: bankruptcy@kikoff.com | Aug 15 2025 20:28:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 5527067 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2025 20:28:00 | Midland Credit Managem, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 5527071 | + Email/Text: rcpsbankruptcynotices@parallon.com | Aug 15 2025 20:28:00 | NPAS Solutions, PO Box 505606, Saint Louis, MO 63150-5606 |
| 5527068 | + Email/Text: bankruptcy@ncaks.com | Aug 15 2025 20:28:00 | National Credit Adjust, P.O. Box 3023, 327 W 4th Street, Hutchinson, KS 67501-4842 |
| 5527069 | + Email/Text: ext_ebn_inbox@navyfederal.org | Aug 15 2025 20:28:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5527072 | + Email/PDF: cbp@omf.com | Aug 15 2025 20:02:52 | One Main Financial, 4400 Ambassador Caffer, Pkwy Ste G, Lafayette, LA 70508-6760 |
| 5535310 | + Email/PDF: cbp@omf.com | Aug 15 2025 21:12:26 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5527075 | Email/Text: bankruptcy@possiblefinance.com | Aug 15 2025 20:28:00 | Possible Finance, Po Box 98686, Las Vegas, NV 89193 |
| 5529080 | + Email/Text: newbk@Regions.com | Aug 15 2025 20:28:00 | REGIONS BANK, PO BOX 10063, BIRMINGHAM AL 35202-0063 |
| 5527076 | + Email/Text: newbk@Regions.com | Aug 15 2025 20:28:00 | Regions, 1900 Fifth Ave, Birmingham, AL 35203-2670 |
| 5527077 | + Email/Text: elevate@ebn.phinsolutions.com | Aug 15 2025 20:28:00 | Rise Credit of MS, 4150 International Pla, Ste 300, Fort Worth, TX 76109-4819 |
| 5540141 | + Email/Text: bankruptcyreports@wakeassoc.com | Aug 15 2025 20:28:00 | SAPIENTES FUNDING II, LLC, c/o Wakefield & Associates LLC,, PO BOX 58, Fort Morgan CO 80701-0058 |
| 5527078 | + Email/Text: bankruptcy@self.inc | Aug 15 2025 20:28:00 | Self Financial, Inc., Attn: Bankruptcy, 515 Congress Ave, Ste 1550, Austin, TX 78701-3539 |
| 5529075 | + Email/Text: FSBank@franklinservice.com | Aug 15 2025 20:28:00 | Southern Urology PA, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 5527080 | + Email/Text: accountservicing@trueaccord.com | Aug 15 2025 20:28:00 | Trueaccord, 16011 College Blvd, Lenexa, KS 66219-1366 |
| 5527082 | ^ MEBN | Aug 15 2025 19:43:45 | United Revenue Corp., Attn: Bankruptcy, 204 Billings St, Ste 120, Arlington, TX 76010-2495 |
| 5527083 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 15 2025 20:53:41 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac, Des Moines, IA 50328-0001 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Aug 15, 2025 | Form ID: n031 | Total Noticed: 45 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Latoyta Tranwan Amos trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50932−KMS
**Chapter:** 13

**In re:**

Latoyta Tranwan Amos
aka Latoyta W Amos, aka Latoyta Amos
8 Park Place
Apt 361P
Hattiesburg, MS 39402

### Notice of Entry of Order Confirming Plan

The Court entered an Order on August 15, 2025 (Dkt. # 17 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: August 15, 2025                                         Danny L. Miller, Clerk of Court