IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Latoyta Tranwan Amos                    BANKRUPTCY NO. 25-50932-KMS

## NOTICE OF WITHDRAWAL OF CLAIM

**COMES NOW,** Hattiesburg Clinic, PA, Creditor, in the above reference bankruptcy and files this its Withdrawal of Claim Number 10-1 which was filed on August 26, 2025.

Dated: September 10, 2025.

                                          Respectfully submitted,

                                          Hattiesburg Clinic PA

By: _Kristie Pope_
Kristie M. Pope, Legal Coordinator
415 S 28th Ave., Hattiesburg, MS 39401
601-268-5876
kristie.pope@hattiesburgclinic.com

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing documents were served by electronic notice or U.S. Mail upon the following:

Thomas Carl Rollins, Jr., MSB No. 103469
Attorney for Debtor
The Rollins Law Firm P.O. Box 13767
Jackson, MS 39236
(601)500-5533
trollins@therollinsfirm.com

David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
(601)582-5011
drawlings@rawlings13.net